**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 302 MAL 2014
:
     Respondent  :
            : Petition for Allowance of Appeal from the
            : Order of the Superior Court
    v.       :
:
:
:
RAUL A. PEREZ,      :
:
     Petitioner    :


## ORDER


**PER CURIAM**

  **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.